1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY K. PLEASANT, | **Case No.  1:13-cv-00805-AWI-SKO (PC)** |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S DUE PROCESS CLAIMS WITHOUT PREJUDICE and REFERRING ACTION TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS** |
| v. | |
| COUNTY OF MERCED , et al., | **(Docs.  30, 31)** |
| Defendants. | |

16      Plaintiff, Terry K. Pleasant, a state prisoner proceeding *pro se* and *in forma pauperis*, filed

17   this civil rights action pursuant to 42 U.S.C. §§ 1983 and 1985 on May 28, 2013.  (Doc. 1.)

18   Plaintiff's claims arise from events which occurred in 2012 and 2013 when he was a criminal

19   pretrial detainee at the Merced County Jail in Merced, California.  (*Id.*)

20      On January 9, 2014, Plaintiff's Complaint was dismissed with leave to amend for

21   failure to state a claim pursuant to 28 U.S.C. § 1915A.  (Doc. 9.)  Plaintiff thereafter filed the

22   First Amended Complaint (Doc. 13) that was screened and found devoid of any cognizable

23   claims, which resulted in dismissal of the action with prejudice on June 12, 2015.  (Docs. 24, 25.)

24      Plaintiff appealed the dismissal to the Ninth Circuit of Appeals (Doc. 26) who issued a

25   memorandum on September 22, 2016, which took effect via Mandate on October 17, 2016 (Docs.

26   30, 31).  The Ninth Circuit affirmed dismissal of Plaintiff's equal protection and conspiracy

27   claims; reversed the dismissal of Plaintiff's condition-of-confinement claim; vacated the

28   dismissal of Plaintiff's due process claims for excessive fines and for unlawful deprivation of

1    property for this Court to dismiss them without prejudice; vacated dismissal of Plaintiff's state

2    law claims leaving open the question of whether supplemental jurisdiction should be exercised;

3    and remanded for further proceedings.  (*Id.*)

4          Accordingly, it is HEREBY ORDERED that:

5            1.   Plaintiff's due process claims for excessive fines and for unlawful deprivation of

6                 property are **DISMISSED without prejudice**; and

7            2.   The case is referred to the Magistrate Judge for further actions consistent with the

8                 Ninth Circuit directives.

9

10   IT IS SO ORDERED.

11   Dated:   October 27, 2016                    _____

                                                     SENIOR  DISTRICT  JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28